[Nos. 74464-0-I; 74465-8-I.   Division One.   January 30, 2017.]

PUGET SOUND ENERGY, INC., *Appellant*, v. EAST BELLEVUE COMMUNITY COUNCIL ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 15-2-16919-0, William L. Downing, J., entered December 18, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Schindler, J.

[No. 74566-2-I.   Division One.   January 30, 2017.]

INGLEWOOD HOLDINGS, LLC, ET AL., *Appellants*, v. JONES ENGINEERS, INC., PS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-2-00662-9, Deborra Garrett, J., entered December 18, 2015. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 74622-7-I.   Division One.   January 30, 2017.]

SAFECO INSURANCE COMPANY OF AMERICA, *Appellant*, v. COBALT BOATS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-30690-3, Hollis R. Hill, J., entered October 2, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 74908-1-I.   Division One.   January 30, 2017.]

U.S. BANK NATIONAL ASSOCIATION, *Respondent*, v. DANIEL C. PETERSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-12970-8, Samuel Chung, J., entered February 22, 2016. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Dwyer and Leach, JJ.